## Elbridge BALL v. MANN COMMISSION COMPANY.

### No. 18761.

Supreme Court of Texas.

May 25, 1932.

Slay & Simon, of Fort Worth, and Murphy & Murphy, of Gainesville, for plaintiff in error.

L. J. Wardlaw, of Fort Worth, and W. H. Lipscomb, of San Angelo, for defendant in error.

**PER CURIAM.**

We have dismissed this cause for want of jurisdiction because we believe the Court of Civil Appeals properly reversed and remanded this cause for another trial. [48 S.W.(2d) 780.] We do not pass upon the question as to whether defendant in error is entitled to maintain this suit if its right to do business has been forfeited for nonpayment of franchise tax, because the application for writ of error contains no assignment presenting such question.